UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 24, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JUSTIN NONOGUCHI, )<br>)<br>Defendant. ) | CASE NUMBER: 2:12-mj-00102 GGH<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Justin Nonoguchi</u>; Case <u>2:12-mj-00102 GGH</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__  Release on Personal Recognizance

__  Bail Posted in the Sum of _____

_X_ Unsecured Appearance Bond in the amount of $25,000.00, co-signed by defendant's father, Howard Nonoguchi.

__  Appearance Bond with 10% Deposit

__  Appearance Bond secured by Real Property

__  Corporate Surety Bail Bond

_X_ (Other) Pretrial Supervision/Conditions.

Issued at <u>Sacramento, CA</u> on <u>4/24/2012</u> at 2:30 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge