1

LAW OFFICES OF CHRIS COSCA
CHRIS COSCA      CA SBN 144546

2

1007 7th Street, Suite 210
Sacramento, CA 95814

3

(916) 440-1010

4

Attorney for Defendant
JUSTIN NONOGUCHI

5

6

7

8

9

IN THE UNITED STATES DISTRICT COURT

10

FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

UNITED STATES OF AMERICA,

13

Plaintiff,

14

vs.

15

JUSTIN NONOGUCHI,

16

17

Defendant.

18

)
)
)
)
)
)
)
)
)
)
)
)
)
)

2: 11-CR-00190 MCE

**WAIVER OF DEFENDANT JUSTIN NONOGUCHI'S APPEARANCE AND ORDER**

19

20

     Defendant JUSTIN NONOGUCHI hereby waives his right to be personally present in

21

open court for the hearing of any status conference, motion or other proceeding in this case,

22

except that he will agree to be personally present for any plea, sentencing or jury trial, and he

23

agrees to be personally present in court when so ordered.

24

     Defendant JUSTIN NONOGUCHI hereby requests the court to proceed in his absence.

25

Defendant agrees that his interests will be deemed represented at all times by the presence of

26

his undersigned attorney, the same as if he were personally present. Defendant further agrees to

27

be present in court ready for trial on any date set by the court in his absence.

28

     Defendant further acknowledges that he has been informed of his rights under the

1  Speedy Trial Act (Title 18 U.S.C. Sections 3161 – 3174), and he has authorized his

2  undersigned attorney to set times for hearings and to agree to delays under the provisions of the

3  Speedy Trial Act without him being personally present.

4

5

6

   Dated:  November 5, 2012                        Respectfully submitted,
7

8

9                                                  /s/ Justin Nonoguchi_____
                                                   JUSTIN NONOGUCHI
10                                                 Defendant

11

12
                                                   /s/ Chris Cosca   _____
13                                                 CHRIS COSCA
                                                   Attorney for Defendant,
14                                                 JUSTIN NONOGUCHI

15

16                                  **ORDER**

17
   **IT IS SO ORDERD.**
18

19

20 Dated:  November 7, 2012

21                                  _____

22                                  MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28