LAW OFFICES OF CHRIS COSCA
CHRIS COSCA     (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
JUSTIN NONOGUCHI

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>JUSTIN NONOGUCHI,<br><br>         Defendant. | CASE No. 2:11-cr-00190-MCE-5<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME; FINDINGS AND ORDER** |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. The Court previously continued this matter to September 11, 2014.

2. By this stipulation, defendant Justin Nonoguchi now moves to continue the status conference to September 25, 2014 for change of plea, and to exclude time between September 11, 2014 and September 25, 2014 under Local Code T4.  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government has produced voluminous discovery to date. This includes over 1,952 pages of written materials and multiple, lengthy wiretap conversations. Given this large

USA v. NONOGUCHI, et al
2:11-cr-00190
Stip and Order to Continue

volume of discovery, defense counsel needs additional time to review the materials and consult with Mr. Nonoguchi. In addition, a continuance will provide sufficient time to fully discuss a newly proposed plea agreement. The parties expect Mr. Nonoguchi to enter a guilty plea on September 25, 2014.

    b.    Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c.    The government does not object to the continuance.

    d.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 11, 2014 to September 25, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    5.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

///

///

///

USA v. NONOGUCHI, et al
2:11-cr-00190
Stip and Order to Continue

IT IS SO STIPULATED.

DATED: September 9, 2014       /s/ Chris Cosca for_____
                               JASON HITT
                               Assistant United States Attorney


DATED: September 9, 2014       /s/ Chris Cosca_____
                               CHRIS COSCA
                               Counsel for Defendant Justin Nonoguchi


**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: September 11, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT


USA v. NONOGUCHI, et al
2:11-cr-00190
Stip and Order to Continue