```
LAW OFFICES OF CHRIS COSCA
CHRIS COSCA     (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
JUSTIN NONOGUCHI
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00190 MCE |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| v. | |
| JUSTIN NONOGUCHI, | |
| Defendant. | |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.    The Court previously set this matter for Judgment and Sentencing on January 15, 2015.

2.    By this stipulation, the parties now move to continue Judgment and Sentencing to January 29, 2015. The reason for this request is that defense counsel is currently engaged in a murder trial and is therefore unavailable on January 15, 2015.

USA v. NONOGUCHI, 2:11-cr-00190 Stip and Order to Continue

IT IS SO STIPULATED.

DATED: January 12, 2015   /s/ Chris Cosca for_____
JASON HITT
Assistant United States Attorney

DATED: January 12, 2015   /s/ Chris Cosca_____
CHRIS COSCA
Counsel for Defendant Justin Nonoguchi

IT IS SO ORDERED.

Dated: January 13, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

USA v. NONOGUCHI, 2:11-cr-00190 Stip and Order to Continue